IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIE RAY LOVE, | § § § | |
| Petitioner, | § § | |
| v. | § § | No. 3:22-CV-01496-E (BH) |
| CITY OF DALLAS, TEXAS, et. al., | § § § § | |
| Respondents. | § | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 13). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the plaintiff's claims will be **DISMISSED**.

**SO ORDERED:** August 7, 2023.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE